UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
SHARON LaFIA

                     22-cv-07925-PCG-JLC

         Plaintiff,

 -against-

                     **NOTICE OF MOTION**
                     **TO DISMISS**

NEW YORK CITY, BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK a/k/a
THE NEW YORK CITY DEPARTMENT OF EDUCATION,
JEFFERY EUSTACHE, in his individual and his official capacity,
PRINCIPAL INDIRA MOTA, in her individual and official
capacity, LINDSAY CICILLINI, in her individual and office
capacity, NEW YORK CITY LAW DEPARTMENT, FORMER
NEW YORK CITY LAW DEPARTMENT ATTORNEY
BRITTNEY JORDAN FINDER, in her individual and her
official capacity, and JOHN and JANE DOES NOS. 1-10,

         Defendants.
-------------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that upon the declaration of Steven DiSiervi, dated July 13, 2023, and the exhibits annexed thereto, the accompanying memorandum of law in support of their motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c), dated July 13, 2023, and upon all other pleadings and proceedings heretofore had herein, Defendants will move in this Court before the Honorable Paul G. Gardephe, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, on a date and at a time to be designated by the Court, for an order dismissing the Complaint in its entirety and granting Defendants such other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set by the

Court, opposition papers, if any, are to be filed by August 3, 2023, and reply papers are to be filed on August 10, 2023.

Dated: New York, New York
      July 13, 2023

                        ABRAMS, GORELICK, FRIEDMAN
                        & JACOBSON, LLP
                        Attorneys for Defendants
                        NEW YORK CITY, BOARD OF
                        EDUCATION OF THE CITY SCHOOL
                        DISTRICT OF THE CITY OF NEW YORK
                        a/k/a THE NEW YORK CITY
                        DEPARTMENT OF EDUCATION,
                        JEFFERY EUSTACHE, in his individual
                        and his official capacity,
                        PRINCIPAL INDIRA MOTA, in her
                        individual and official capacity, LINDSAY
                        CICILLINI, in her individual and office
                        capacity, NEW YORK CITY LAW
                        DEPARTMENT, and FORMER NEW
                        YORK CITY LAW DEPARTMENT
                        ATTORNEY BRITTNEY JORDAN
                        FINDER in her individual and her official
                        capacity

                        By:_____/s/_____
                               Steven DiSiervi
                        One Battery Park Plaza, 4th Floor
                        New York, New York 10004
                        (212) 422-1200

TO:    Cory H. Morris, Esq. (VIA ECF)
         The Law Offices of Cory H. Morris
         135 Pinelawn Road, Suite 250a
         Melville NY 11747