**AGF&J** Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

One Battery Park Plaza
4th Floor
New York, NY 10004

Phone: 212-422-1200
Fax: 212-968-7573
www.agfjlaw.com

August 11, 2023

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Request for Oral Argument
      Caption: *LaFia v. New York City et. al.*
      Docket No.: 22-cv-07925-PGG-JLC
      Our File No.: 33064

Dear Honorable Sir:

Our office represents oral argument on the Defendants, New York City, Board of Education of the City School District of New York City, a/k/a/ The New York City Department of Education, Jeffery Eustache, in his individual and official capacity, Principal Indira Mota, in her individual and official capacity, Lindsay Cicillini, in her individual and official capacity, New York City Law Department, and Former New York City Law Department Attorney Brittney Jordan Finder, in her individual and official capacity. Pursuant to Local Rule IV(D), our office requests oral argument on our Rule 12(b) motion.

Should you have any questions or require any additional information, please feel free to contact me.

Sincerely yours,

ABRAMS, GORELICK,
FRIEDMAN & JACOBSON, LLP

By: _____
    Steven DiSiervi, Esq.

SD/ma

CC:   Cory H. Morris, Esq. (VIA ECF)
      Attorney for the Plaintiff