```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON LAFIA

                    Plaintiff,

          -v-                                          22-CV-07925 (PGG) (RFT)

NEW YORK CITY, *et al*                                 **ORDER**

                    Defendants.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

By Amended Order of Reference dated October 13, 2023 (ECF 62), Judge Paul G. Gardephe referred this case to Magistrate Judge James L. Cott for a dispositive motion. On November 15, 2023, that referral was reassigned to me. Upon reviewing the docket and the parties' filings, I saw that Plaintiff's Amended Complaint ("AC"), filed on October 6, 2022, identifies by name students and the parents of students who attended the middle school where Plaintiff previously worked. (*See* AC ¶¶ 7, 25 , ECF 5). These students presumably are minors.

Rule 5.2(a)(3) of the Federal Rules of Civil Procedure requires that any Court submissions referring to a minor must include only the minor's initials. The rule extends to a child's parents. *See S.F. v. Archer Daniels Midland Co.*, 594 F. App'x 11, 12 n.1 (2d Cir. 2014) (citation omitted).

I therefore **ORDER** Plaintiff's counsel promptly to refile the AC with the relevant names appearing as initials, in compliance with Rule 5.2(a)(3).  The Clerk of Court is respectfully directed to limit electronic access to the AC (ECF 5) and subsequent filings where the AC is attached an exhibit (ECF Nos. 56-1, 60-2, 63-2) to a "case-participant only" basis.

Plaintiff must comply with Rule 5.2(a)(3) when filing any documents in the future.

Dated:       New York, New York
             December 12, 2023

                              SO ORDERED.

                              _____

                              Robyn F. Tarnofsky

                              **United States Magistrate Judge**