

## Via Electronic Case Filing Only

February [date]

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: February 9, 2024

Re: Joint Application to adjourn the deadline for filing objections to the United States Magistrate Judge Robyn F. Tarnofsky Report and Recommendations

Case: LaFia v. New York City et al,  Docket No. 1:22-cv-07925-PGG-JLC

Dear Judge Paul G. Gardephe:

I represent Plaintiff, Ms. Sharon Lafia in the above matter and respectfully request a thirty (30) day, on consent, a joint adjournment to file objections to United States Magistrate Judge (USMJ) Robyn F. Tarnofsky's Report and Recommendations, docketed under entry sixty-nine.

The undersigned spoke with defense counsel who did consent to this joint-request for a thirty (30) day adjournment, from February 12, 2023 (as per D.E. 69) to March 13, 2024. This is the first request for an adjournment and is made jointly after a meet and confer conversation. The reason for this request is both the litigation schedule of the undersigned, having successive oral arguments before the appellate courts this week along with time-sensitive appellate filings, and cocounsel, Cathryn Harris, who not only has similar obligations but is also currently ill.

We thank the Court for its kind consideration. Please do not hesitate to contact the undersigned should you have any questions or concerns.

Respectfully Submitted,

*CORY H. MORRIS*

CHM:chm