

**Via Electronic Case Filing Only**

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**
Dated: March 5, 2024

Re: **Joint Application to adjourn the deadline for filing objections to the United States Magistrate Judge Robyn F. Tarnofsky Report and Recommendations**

Case: **LaFia v. New York City et al,** Docket No. **1:22-cv-07925-PGG-JLC**

Dear Judge Paul G. Gardephe:

I represent Plaintiff, Ms. Sharon Lafia in the above matter and respectfully request an additional thirty (30) day, on consent, a joint adjournment to file objections to United States Magistrate Judge (USMJ) Robyn F. Tarnofsky's Report and Recommendations, docketed under entry sixty-nine.

The undersigned spoke with defense counsel who did consent to this joint-request for a thirty (30) day adjournment, (originally from February 12, 2023 (as per D.E. 69)) to April 13, 2024. This is the second request for an adjournment and is made jointly. The reason for this request is both the litigation schedule of the undersigned, having to prepare/assist in the preparation of a Southern District of New York matter for trial (*Schottenstein v. Lee et al*) before the Honorable United States District Court Judge along with time-sensitive appellate filings, and cocounsel, Cathryn Harris, who is currently working before the United Nations on several matters.

We thank the Court for its kind consideration. Please do not hesitate to contact the undersigned should you have any questions or concerns.

Respectfully Submitted,

CORY H. MORRIS

CHM:chm