AGF&J   Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

One Battery Park Plaza
4th Floor
New York, NY 10004

Phone: 212-422-1200
Fax: 212-968-7573
www.agfjlaw.com

April 25, 2024

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Application to adjourn the deadline for Defendants to respond to the Plaintiff's objections to the United State Magistrate Judge Tarnofsky's Report and Recommendation to May 27, 2024*
Caption: *LaFia v. New York City et. al.*
Docket No.: 22-cv-07925-PGG-JLC
Our File No.: 33064

Dear Honorable Sir:

Our office represents the Defendants, New York City, Board of Education of the City School District of New York City, a/ka/ The New York City Department of Education, Jeffery Eustache, in his individual and official capacity, Principal Indira Mota, in her individual and official capacity, Lindsay Cicillini, in her individual and official capacity, New York City Law Department, and Former New York City Law Department Attorney Brittney Jordan Finder, in her individual and official capacity.

On January 29, 2024, the Honorable Magistrate Judge Robyn Tarnofsky issued a Report and Recommendation concerning Defendants Rule 12 motion.   ECF Doc. No. 69. The Report and Recommendation directed that any objection be filed within fourteen (14) days and any responses to the objections be filed within fourteen (14) days thereafter.  ECF Doc. No. 69, p. 56. After two extensions, the Plaintiff filed its objections to the Report and Recommendation on April 12, 2024.   ECF Doc. No. 70 & 71.  Defendants respectfully request that its time to respond to the Plaintiff's objections to Magistrate Judge Tarnofsky's Report and Recommendation be extended to May 27, 2024.

The undersigned had e-mail communications with plaintiff's counsel who did consent to a thirty (30) day adjournment.  The basis for this request is that counsel for the Defendants was out of the office for the last ten (10) days.

**AGF&J**   Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

Honorable Paul G. Gardephe
April 25, 2024
Page 2 of 2

      Should you have any questions or require any additional information, please feel free to contact me.

Sincerely yours,

ABRAMS, GORELICK,
FRIEDMAN & JACOBSON, LLP

By:_____
Steven DiSiervi, Esq.

SD/ma

CC:    Cory H. Morris, Esq. (VIA Email)
       Attorney for the Plaintiff