**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA J. EHRLICH**
*Assistant Corporation Counsel*
Phone: (212) 356-2549
E-mail: iehrlich@law.nyc.gov

October 29, 2026

**By ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: LaFia v. New York City et al.
No. 22-cv-07925 (PGG) (RFT)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants New York City, Board of Education of the City School District of New York City, Jeffrey Eustache, Principal Indira Mota, Lindsay Cicillini, New York City Law Department and Brittney Jordan Finder, in the above-referenced matter. The undersigned writes pursuant to Local Civil Rule 1.4 to request an Order from the Court substituting the undersigned as counsel of record in place of Steven DiSiervi, Atasia Rashae Richardson and James Edward Kimmel from whom the matter has been transferred by the Labor and Employment Law Division of the New York City Law Department. Simultaneously herewith, the undersigned is filing a notice of Appearance, and our office respectfully requests that Steven DiSiervi, Atasia Rashae Richardson and James Edward Kimmel be removed as an attorneys of record on this matter.

Thank you for your consideration herein.

Respectfully Submitted,

/s/ *Ilona J. Ehrlich*
Ilona J. Ehrlich
Assistant Corporation Counsel

cc via ECF: Attorneys for all Parties